UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Robert N. Harrison ]<br>　　Plaintiff ]<br>]<br>v. ]<br>]<br>Equifax Information Services, LLC ]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>Discover DB, Inc DBA Discover Bank ]<br><br>　　Defendants | Case #: 3:25-CV-374-REP<br><br>**JURY DEMANDED** |

COVER LETTER FOR SUMMONSES

Comes now the Plaintiff, by counsel and files the following Summonses

1. Equifax Information Services, LLC

2. Experian Information Solutions, Inc.

3. TransUnion, LLC

4. Discover DB, Inc dba Discover Bank

　　　　　　　　　　　　　　　　　　**Robert N. Harrison**

　　　　　　　　　　　　　　　　　　 /s/ Jason M. Krumbein, Esq.
　　　　　　　　　　　　　　　　　　Jason M. Krumbein, Esq. VSB#43538
　　　　　　　　　　　　　　　　　　JKrumbein@KrumbeinLaw.com (e-mail)
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　10307 W. Broad St. Suite 293
　　　　　　　　　　　　　　　　　　Glen Allen, VA 23060
　　　　　　　　　　　　　　　　　　804.592.0792
　　　　　　　　　　　　　　　　　　804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James. A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)