**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**


**ROBERT N. HARRISON,**

      **Plaintiff,**

**v.**                                               **Civil Action No. 3:25-CV-00374-REP**

**EQUIFAX INFORMATION SERVICES,**
**L.L.C.; EXPERIAN INFORMATION**
**SOLUTIONS, INC.; TRANS UNION LLC;**
**and DISCOVER DB, INC *doing business as***
**DISCOVER BANK,**

      **Defendants.**

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
### CONSENT MOTION FOR AN EXTENSION OF TIME

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Fed.

R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), files this consent motion for an extension of

time to and including September 12, 2025, within which to file its responsive pleadings to the

Complaint filed by Plaintiff, Robert N. Harrison ("Plaintiff"). In support, Experian states as

follows:

Experian's counsel, who was just retained, continues to review the allegations of the

Complaint and requires additional time to respond to the same. Experian's counsel has

communicated with counsel for Plaintiff, who is agreeable to the requested extension. A proposed

Order is attached hereto as **Exhibit A**.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby

requests that the Court enter an Order: (1) granting Experian's Consent Motion for an Extension

of Time; (2) providing Experian with an extension of time to file its responsive pleadings until on

or before September 12, 2025; and (3) awarding Experian such further relief as the Court deems

appropriate.

**EXPERIAN INFORMATION SOLUTIONS, INC.**


By: */s/ David N. Anthony*

    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Experian Information Solutions, Inc.*
    TROUTMAN PEPPER LOCKE LLP
    1001 Haxall Point
    Richmond, VA 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David N. Anthony*
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

317919616