## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**ROBERT N. HARRISON,**

    Plaintiff,

v.                                        Civil Action No. 3:25-cv-00374-REP

**EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DISCOVER DB, INC** *doing business as* **Discover Bank,**

    Defendants.

## [PROPOSED] ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff, Robert N. Harrison ("Plaintiff"),

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before September 12, 2025, to file its responsive pleadings, including its Answer, to the Complaint filed by Robert N. Harrison.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: _____

                                                        Honorable Robert E. Payne
                                                        United States District Court Judge