UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT N. HARRISON,**

    Plaintiff,

v.   Civil Action No. 3:25-cv-00374-REP

**EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DISCOVER DB, INC** *doing business as* **Discover Bank,**

    Defendants.

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> Experian PLC is the parent company of Experian; (2) Experian PLC owns 100 percent of Experian; (3) Experian PLC is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian PLC is publicly traded on the London Stock Exchange.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: */s/ David N. Anthony*
  David N. Anthony
  Virginia State Bar No. 31696
  *Counsel for Experian Information Solutions, Inc.*
  TROUTMAN PEPPER LOCKE LLP
  1001 Haxall Point
  Richmond, VA 23219
  Telephone: (804) 697-5410
  Facsimile: (804) 698-5118
  Email: david.anthony@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                      */s/ David N. Anthony*
                                      David N. Anthony
                                      Virginia State Bar No. 31696
                                      *Counsel for Experian Information Solutions, Inc.*
                                      TROUTMAN PEPPER LOCKE LLP
                                      1001 Haxall Point
                                      Richmond, VA  23219
                                      Telephone: (804) 697-5410
                                      Facsimile: (804) 698-5118
                                      Email: david.anthony@troutman.com