IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT N. HARRISON,

    Plaintiff,

v.                                        Civil Action No. 3:25-cv-374

EQUIFAX INFORMATION SERVICES,
ET AL.,

    Defendants.

## ORDER

    Having considered the DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CONSENT MOTION FOR AN EXTENSION OF TIME, ECF No. 6 ("the MOTION"), and the CONSENT TO EXTENSION BY EXPERIAN, ECF No. 8, and, finding that good cause has been shown, it is hereby ORDERED that the MOTION is GRANTED. Defendant Experian Information Solutions, Inc.'s Answer and response motions to the COMPLAINT, ECF No. 1, shall be filed no later than Friday, September 12, 2025.

It is so ORDERED.

                           /s/ _REP_
                           Robert E. Payne
                           Senior United States District Judge

Richmond, Virginia
Date: August 1 , 2025