IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT N. HARRISON,

        Plaintiff,

v.                                                      Civil No. 3:25-cv-00374-REP

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and DISCOVER DB, INC.,

        Defendants.

### DEFENDANT TRANS UNION LLC'S
### FINANCIAL INTEREST DISCLOSURE STATEMENT

    1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Trans Union LLC discloses that:

    a.    The following are parents, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publically held entity that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

    b.    The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

1

8105805.1

2. Pursuant to Federal Rule of Civil Procedure 7.1, Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

*/s/ Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

DATED: August 4, 2025.

8105805.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason M. Krumbein
JKrumbein@krumbeinlaw.com
Krumbein Consumer Legal Services Inc.
10307 W. Broad St, Suite 293
Glen Allen, VA 23060
(804) 592-0792
***Counsel for Plaintiff***

Rachel R. Friedman
rfriedman@burr.com
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
(205) 251-3000
***Counsel for Capital One, N.A.,***
***Successor by Merger to Discover Bank***

David N. Anthony
david.anthony@troutman.com
Troutman Pepper Locke LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-5410
***Counsel for Experian***
***Information Solutions, Inc.***

*/s/ Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax:  (214) 871-2111
kirkland@qslwm.com

3

8105805.1