UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Robert N. Harrison | ] | |
| Plaintiff | ] | |
| | ] | Case #: 3:25-CV-374-REP |
| v. | ] | |
| | ] | **JURY DEMANDED** |
| Equifax Information Services, LLC | ] | |
| Experian Information Solutions, Inc. | ] | |
| Trans Union, LLC | ] | |
| Discover DB, Inc DBA Discover Bank | ] | |
| | | |
| Defendants | | |

## CONSENT TO EXTENSION BY TRANSUNION

Mr. Harrison, by counsel, CONSENTS to the request for extension by TransUnion, LLC.


**Robert N. Harrison**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4 August 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**David N. Anthony, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Marc Kirkland, Esq.**
**Counsel for TransUnion, LLCfa**

And to the following non-filing users:

NONE

<u>/s/ Jason M. Krumbein, Esq.</u>
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St.
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)