IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ROBERT N. HARRISON,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, and DISCOVER DB, INC.,<br><br>        Defendants. | Civil Action No. 3:25-cv-00374-REP |

## PROPOSED ORDER

Having reviewed the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint be granted, and that Defendant Equifax Information Services LLC shall have up to and including September 13, 2025 to respond to Plaintiff's Complaint.

DONE AND ORDERED this _____ day of August, 2025.

                                                                       _____
                                                                       Honorable United States District Judge