UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Robert N. Harrison ]<br>   Plaintiff ]<br>]<br>v. ]<br>]<br>Equifax Information Services, LLC ]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>Discover DB, Inc DBA Discover Bank ]<br><br>   Defendants | Case #: 3:25-CV-374-REP<br><br>**JURY DEMANDED** |

CONSENT TO EXTENSION BY EQUIFAX

Mr. Harrison, by counsel, CONSENTS to the request for extension by Equifax Informationi Services LLC.

                                        Robert N. Harrison

                                       /s/ Jason M. Krumbein, Esq.
                                       Jason M. Krumbein, Esq. VSB#43538
                                       JKrumbein@KrumbeinLaw.com (e-mail)
                                       Counsel for Plaintiff
                                       10307 W. Broad St. Suite 293
                                       Glen Allen, VA 23060
                                       804.592.0792
                                       804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 7 August 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**David N. Anthony, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Marc Kirkland, Esq.**
**Counsel for TransUnion, LLC**

**John W. Montgomery, Esq.**
**Equifax Information Services, LLC**

**Rachel Friedman, Esq.**
**Discover DB, Inc.**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St.
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)