IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT N. HARRISON,

    Plaintiff,

v.                                  Civil Action No. 3:25cv374

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

    Defendants.

### ORDER

Having considered CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 14), and there being no objection by the plaintiff thereto, it is hereby ORDERED that the Motion (ECF No. 14) is granted with modification. It is further ORDERED that the defendant, Equifax Information Services, LLC, shall file its Answer and any other motions with respect to the Complaint by September 13, 2025.

    It is so ORDERED.

                                                  /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: August 7, 2025