**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| Robert N. Harrison, | ] | |
| | ] | |
|    Plaintiff | ] | Case #: 3:25-CV-374-REP |
| | ] | |
| v. | ] | |
| | ] | |
| Equifax Information Services, LLC | ] | |
| Experian Information Solutions, Inc. | ] | |
| Trans Union, LLC | ] | |
| Discover DB, Inc DBA Discover Bank | | |
| | | |
|    Defendants | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE as to Discover Bank**

Upon agreement of the parties, come now the parties by counsel and STIPULATE that this matter is DISMISSED WITH PREJUDICE as to Discover Bank (named in the Complaint as "Discover DB, Inc DBA Discover Bank"), pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear their own fees, costs and expenses.

| **ROBERT N. HARRISON** | **DISCOVER BANK** |
|---|---|
| /s/ Jason M. Krumbein, Esq. | /s/Rachel Ross Friedman, Esq. |
| Counsel for the Plaintiff | Counsel for Capital One, N.A., successor by merger to Discover Bank |
| Jason M. Krumbein, Esq. VSB#43538 | Rachel Ross Friedman, Esq. VSB#93898 |
| Krumbein Consumer Legal Services | Burr & Forman, LLP |
| 10307 W. Broad St. Suite 293 | 420 N. 20th St. Suite 3400 |
| Glen Allen, VA 23060 | Birmingham, AL 35203 |
| 804-592-0792 | 205-458-5267 |
| 804-823-2565 (fax) | 205-458-5100 (fax) |
| JKrumbein@KrumbeinLaw.com  (email) | RFriedman@Burr.com  (email) |

CERTIFICATE OF SERVICE

I hereby certify that on this 13 August 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jason M. Krumbein
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Jkrumbein@krumbeinlaw.com

David Neal Anthony
Troutman Pepper Locke LLP
1001 Haxall Point
Richmond, VA 23219
804-697-5410
Email: david.anthony@troutman.com

Marc Kirkland
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75024
214-560-5454
Fax: 214-871-2111
Email: mkirkland@qslwm.com

John Willard Montgomery , Jr.
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
804-861-1122
Fax: 804-733-6022
Email: jmontgomery@tmande.com

And to the following non-filing users:
NONE

                                                     *s/ Rachel R. Friedman*
                                                     Rachel R. Friedman
                                                     Virginia Bar No. 93898