UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| Robert N. Harrison | ] | |
| Plaintiff | ] | |
| | ] | Case #: 3:25-CV-374-REP |
| v. | ] | |
| | ] | **JURY DEMANDED** |
| Equifax Information Services, LLC | ] | |
| Experian Information Solutions, Inc. | ] | |
| Trans Union, LLC | ] | |
| Discover DB, Inc DBA Discover Bank | ] | |
| | | |
| Defendants | | |

**NOTICE OF DISMISSAL WITH PREJUDICE as to Equifax, Experian and Transunion**

Upon agreement of the parties, comes now the parties by counsel and give NOTICE that this matter is DISMISSED as to all remaining defendants, pursuant to FRCP 41(a)(1)(i). Each of the remaining defendants has not filed an answer, or other responsive pleading. Each party shall bear their own fees, costs and expenses.

**ROBERT N. HARRISON**

 /s/ Jason M. Krumbein,. Esq.
Counsel for the Plaintiffs
Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804-592-0792
804-823-2565 (fax)
JKrumbein@KrumbeinLaw.com  (email)

Jason M. Krumbein, Esquire VSB# 43538
Krumbein Consumer Legal Services, Inc
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 office
JKrumbein@KrumbeinLaw.com email

CERTIFICATE OF SERVICE

I hereby certify that on this 29 August 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**David N. Anthony, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Marc Kirkland, Esq.**
**Counsel for TransUnion, LLC**

**John W. Montgomery, Esq.**
**Equifax Information Services, LLC**

**Rachel Friedman, Esq.**
**Discover DB, Inc.**

And to the following non-filing users:
NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St.
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esquire VSB# 43538
Krumbein Consumer Legal Services, Inc
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 office
JKrumbein@KrumbeinLaw.com email

Page 2 of 2